Lin Chan (SBN 255027)
lchan@lchb.com
Annie Wanless (SBN 339635)
awanless@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Paolo Meireles (admitted *pro hac vice*)
pmeireles@shavitzlaw.com
Tamra Givens (admitted *pro hac vice*)
tgivens@shavitzlaw.com
SHAVITZ LAW GROUP, P.A.
951 Yamato Road, Suite 285
Boca Raton, Florida 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831

*Counsel for Plaintiffs and the Proposed FLSA Collective and Classes*

(*Additional counsel on signature page*)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN JEROZAL and NIKKI GIN, individually and on behalf of all other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STRYKER CORPORATION, a Michigan corporation,<br><br>Defendant. | Case No.: 2:22-CV-4094-GW-JPRx<br><br>[Hon. George H. Wu]<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:   June 14, 2022 |

2:22-CV-4094-GW-AFMx

JOINT NOTICE OF SETTLEMENT

Plaintiffs Jonathan Jerozal and Nikki Gin ("Plaintiffs") and Defendant Stryker Corporation ("Defendant") (collectively, the "Parties"), by and through the undersigned counsel, hereby provide notice to the Court that the Parties have reached a settlement in principle and are in the process of finalizing the terms of the settlement agreement. The parties respectfully request four weeks from the date of filing this Notice, or July 14, 2024, to provide a status report to the Court regarding their efforts.

Dated:  May 22, 2024         **HUNTON ANDREWS KURTH LLP**
        Michele J. Beilke
        Kirk A. Hornbeck
        Michael A. Pearlson


                 By:  */s/ Kirk A. Hornbeck*
                      Kirk A. Hornbeck
                      Attorneys for Defendant
                      STRYKER CORPORATION


Dated:  May 22, 2024          Respectfully submitted,

                 /s/ *Paolo Meireles*
                 Paolo Meireles (*admitted pro hac vice*)
                 pmeireles@shavitzlaw.com
                 Tamra Givens (*admitted pro hac vice*)
                 tgivens@shavitzlaw.com
                 SHAVITZ LAW GROUP, P.A.
                 951 Yamato Road, Suite 285
                 Boca Raton, FL 33431
                 Telephone: (561) 447-8888
                 Facsimile: (561) 447-8831

                 Lin Chan (SBN 255027)
                 lchan@lchb.com
                 Annie Wanless (SBN 339635)
                 awanless@lchb.com
                 LIEFF CABRASER HEIMANN &
                 BERNSTEIN, LLP
                 275 Battery Street, 29th Floor
                 San Francisco, CA 94111
                 Telephone: (415) 956-1000

Facsimile: (415) 956-1008

Rachel Geman (*admitted pro hac vice*)
rgeman@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Christopher E. Coleman
(*admitted pro hac vice*)
ccoleman@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
222 2nd Avenue South, Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
Facsimile: (615) 313-9965
*Counsel for Plaintiffs*

## **ATTESTATION**

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 22, 2024

*/s/Paolo C. Meireles*
Paolo C. Meireles