UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-4094-GW-AFMx | Date | May 23, 2024 |
|---|---|---|---|
| Title | *Jonathan Jerozal v. Stryker Corporation* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

A Joint Notice of Settlement [235] was filed on May 22, 2024. The Court vacates all currently set dates, and sets an order to show re: settlement hearing for July 18, 2024 at 8:30 a.m. The parties are to file a stipulation to dismiss, or a joint status report by noon on July 16, 2024.

:

Initials of Preparer  JG