1  Lin Chan (SBN 255027)
   lchan@lchb.com
2  Annie Wanless (SBN 339635)
   awanless@lchb.com
3  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
4  San Francisco, CA 94111
   Telephone: (415) 956-1000
5  Facsimile: (415) 956-1008

6  Paolo Meireles (admitted *pro hac vice*)
   pmeireles@shavitzlaw.com
7  Tamra Givens (admitted *pro hac vice*)
   tgivens@shavitzlaw.com
8  SHAVITZ LAW GROUP, P.A.
   951 Yamato Road, Suite 285
9  Boca Raton, Florida 33431
   Telephone: (561) 447-8888
10 Facsimile: (561) 447-8831

11 *Counsel for Plaintiffs*
   (*Additional counsel on signature page*)
12

13            **UNITED STATES DISTRICT COURT**

14            **CENTRAL DISTRICT OF CALIFORNIA**

15 JONATHAN JEROZAL and NIKKI          Case No.:  2:22-CV-4094-GW-JPRx
16 GIN, individually and on behalf of all
   other members of the general public    [Hon. George H. Wu]
17 similarly situated,

18            Plaintiffs,                 **STIPULATION OF DISMISSAL
                                          PURSUANT TO FED. R. CIV. P. 41(a)**
19
20      v.
21 STRYKER CORPORATION, a                Complaint Filed:    June 14, 2022
22 Michigan corporation,
23            Defendant.
24
25
26
27
28

1   Plaintiffs Jonathan Jerozal and Nikki Gin and Defendant Stryker Corporation

2 (collectively, the "Parties"), by their signatures below, and, pursuant to Rule

3 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that

4 these matters should be and are hereby dismissed as to Plaintiffs Jonathan Jerozal and

5 Nikki Gin with prejudice and as to the putative collective, putative class and aggrieved

6 employees without prejudice, with each party to bear their own attorneys' fees and costs

7 unless otherwise agreed.

8

9   **Jonathan Jerozal**                         **Stryker Corporation**

10   *Jonathan Jerozal*

11   _____          BY:_____

12                                                  TITLE: Senior Director, Litigation

13   DATE 07/18/2024                        DATE 7/22/2024

14

15   **Nikki Gin**

16

17   _____

18   DATE 07/18/2024

19

20

21   Dated: 7/24/2024

22   /s/    *Paolo Meireles*                      /s/Michele J. Beilke

23   Paolo Meireles (*admitted pro hac vice*)     Michele J. Beilke
     pmeireles@shavitzlaw.com                     **SEYFARTH SHAW LLP**

24   Tamra Givens (*admitted pro hac vice*)       601 South Figueroa Street, Suite 3300
     tgivens@shavitzlaw.com                       Los Angeles, CA 90017-5793

25   **SHAVITZ LAW GROUP, P.A.**                  mbeilke@seyfarth.com

26   951 Yamato Road, Suite 285                   Telephone: (213) 270-9768
     Boca Raton, FL 33431                         Facsimile: (310) 282-6951

27   Telephone: (561) 447-8888

28                                                *Counsel for Defendants*

     Lin Chan (SBN 255027)

1  lchan@lchb.com
2  Annie Wanless (SBN 339635)
   awanless@lchb.com
3  **LIEFF CABRASER HEIMANN &**
   **BERNSTEIN, LLP**
4  275 Battery Street, 29th Floor
5  San Francisco, CA 94111
   Telephone: (415) 956-1000
6  Facsimile: (415) 956-1008

7  Rachel Geman (*admitted pro hac vice*)
8  rgeman@lchb.com
   **LIEFF CABRASER HEIMANN &**
9  **BERNSTEIN, LLP**
10 250 Hudson Street, 8th Floor
   New York, NY 10013
11 Telephone: (212) 355-9500
   Facsimile: (212) 355-9592
12
13 Christopher E. Coleman
   (*admitted pro hac vice*)
14 ccoleman@lchb.com
   **LIEFF CABRASER HEIMANN &**
15 **BERNSTEIN, LLP**
16 222 2nd Avenue South, Suite 1640
   Nashville, TN 37201
17 Telephone: (615) 313-9000
18 Facsimile: (615) 313-9965

19 *Counsel for Plaintiffs*

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ATTESTATION

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated:  7/24/2024 _____


*/s/Paolo C. Meireles*

Paolo C. Meireles

STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)