JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN JEROZAL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STRYKER CORPORATION, <br><br> Defendant. | Case No. CV 22-4094-GW-JPRx <br><br> **ORDER TO DISMISS** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this matter should be and is hereby dismissed as to Plaintiffs Jonathan Jerozal and Nikki Gin with prejudice and as to the putative collective, putative class and aggrieved employees without prejudice, with each party to bear their own attorneys' fees and costs unless otherwise agreed.

IT IS SO ORDERED.

Dated: July 25, 2024

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE